IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER and WAYNE STOGSDILL, individually
and as Parents, Next Best Friends, and Natural
Guardians of TAYLOR STOGSDILL, a minor    PLAINTIFFS

V.                          4:08CV00207 JMM

JOHN S. ELKINS, M.D.;
ARKADELPHIA WOMEN'S CLINIC, P.A.;
and JUAN J. ROMAN, M.D.                  DEFENDANTS

## ORDER

Pending is Plaintiff's Motion to Strike Affirmative Defenses.  Defendants have responded and withdrawn these defenses.  Therefore Plaintiff's Motion (Docket # 9) is MOOT.

IT IS SO ORDERED this 29th day of April 2008.

_____
James M. Moody
United States District Judge