**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER and WAYNE STOGSDILL, Individually,** <br> **and as Parents, Next Friends, and Natural Guardians** <br> **of TAYLOR STOGSDILL, a Minor** | | **PLAINTIFFS** |
| **V.** | **4:08CV00207 JMM** | |
| **JOHN S. ELKINS, M.D.,** <br> **ARKADELPHIA WOMEN'S CLINIC, P.A.,** <br> **And JUAN J. ROMAN, M.D.** | | **DEFENDANTS** |

**ORDER**

Pending is Plaintiffs' Renewed Motion to Strike Affirmative Defenses and Motion to Extend Service Deadline. Defendants have responded to the motion to strike and the Plaintiffs have replied. For the reasons set forth below, the Plaintiffs' motions are denied.

Plaintiffs are concerned that the Defendants will raise the affirmative defense of insufficient service of process after Plaintiffs' deadline to remedy any such deficiency expires this month. Defendants respond that this is not an issue and there is no need for the Court to rule on a non-issue.

The Court does not have the authority to issue what is, in essence, an advisory opinion regarding the Defendants' hypothetical motion. *See Texas v. United States*, 523 U.S. 296, 300 (1998) ("A claim is not ripe for adjudication if it rests upon contingent future events that may not occur as anticipated, or indeed may not occur at all."*); Pub. Water Supply Dist. No. 8 v. City of Kearney*, 401 F.3d 930, 932 (8th Cir. 2005)("One kind of advisory opinion is an opinion advising what the law would be upon a hypothetical state of facts.") "Article III limits the federal courts to deciding 'Cases' and 'Controversies' and, thus, prohibits the district court from issuing advisory opinions. [T]he controversy must be live when the court decides the issues."

*Ripplin Shoals Land Co., LLC v. U.S. Army Corps of Engineers* 440 F.3d 1038, 1042 -1043 (8th Cir. 2006). Therefore, the Plaintiffs' motion to strike (Docket # 15) must be DENIED. Plaintiffs' motion to extend the service deadline (Docket # 20) is also DENIED without prejudice to Plaintiffs' right to re-file should it become necessary.

    IT IS SO ORDERED this 7th day of July 2008.

                                                       James M. Moody
                                                       United States District Judge