IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER and WAYNE STOGSDILL, Individually,
and as Parents, Next Friends, and Natural Guardians
of TAYLOR STOGSDILL, a Minor                                           PLAINTIFFS

V.                                    4:08CV00207 JMM

JOHN S. ELKINS, M.D.,
ARKADELPHIA WOMEN'S CLINIC, P.A.,
And JUAN J. ROMAN, M.D.                                                DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for trial October 19, 2009, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on October 29, 2009, in favor of Defendant John S. Elkins, M.D. and Arkadelphia Women's Clinic P.A. on all claims and in favor on Defendant Juan J. Roman, M.D. on the claims of Jennifer and Wayne Stogsdill, as Parents, Next Friends, and Natural Guardians of Taylor Stogsdill, a Minor.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that judgment is awarded to Defendant John S. Elkins, M.D. and Arkadelphia Women's Clinic P.A. on all claims and to Defendant Juan J. Roman, M.D. on the claims of Jennifer and Wayne Stogsdill, as Parents, Next Friends, and Natural Guardians of Taylor Stogsdill, a Minor.

Dated this 27th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE