**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JENNIFER AND WAYNE STOGSDILL**                          **PLAINTIFFS**

vs.                    **NO. 4:08-CV-00207 JMM**

**JUAN J. ROMAN, M.D.**                                           **DEFENDANTS**

**ORDER AUTHORIZING USE OF ELECTRONIC DEVICES**

Michelle H. Cauley is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse September 24, 2010, through September 29, 2010, subject to the following rules:

(a)      The devices mentioned above may not be used to record, photograph or film anyone or anything inside the Courthouse.

(b)      Cell phones must be turned off and put away when in the courtroom.

(c)      Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)      Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)      The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph(a), (b) or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the Courthouse, or other sanctions. A violation of the prohibition on recording, photographing or filming anyone or anything inside the Courthouse may be punished as contempt of court.

This 22nd day of September, 2010.

_____
Honorable James M. Moody
Judge, United States District Court