IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JENNIFER STOGSDILL, Individually,**                                    **PLAINTIFF**

V.                              **4:08CV00207 JMM**

**JUAN J. ROMAN, M.D.**                                                  **DEFENDANT**

## ORDER

Pending is the Defendant's Motion to exclude evidence of the Plaintiff's mental anguish during the pre-delivery hospitalization and pre-term birth of her child. The Plaintiff has responded to the motion.

The Court finds that if the jury finds that the Defendant is liable for negligence which caused physical injury to the Plaintiff, the jury may consider Plaintiff's mental anguish and anxiety including the period of time she was hospitalized prior to giving birth. Accordingly, Defendant's motion in limine on this issue (Docket # 155) is denied.

IT IS SO ORDERED this 24th day of September, 2010.

James M. Moody
United States District Judge