**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JENNIFER STOGSDILL, Individually,**                         **PLAINTIFF**

**V.**                         **4:08CV00207 JMM**

**JUAN J. ROMAN, M.D.**                         **DEFENDANT**

## ORDER

During the pretrial hearing on September 27, 2010, the Court granted in part and denied in part the Defendant's Motion for Order the Take Judicial Notice of Adjudicated Fact (Docket # 188). The Court will advise the jury that there is no claim for damages being made for Taylor Stogsdill.

IT IS SO ORDERED this 27th day of September, 2010.

James M. Moody
United States District Judge