IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER STOGSDILL                                                                    PLAINTIFF

V.                                     CASE NO. 4:08cv00207 JMM

JUAN J. ROMAN, M.D.                                                 DEFENDANT

<u>ORDER</u>

This action came on for trial September 27, 2010, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding as to the remaining claim by Jennifer Stogsdill against Juan J. Roman, M.D. for medical negligence.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on September 29, 2010, in favor of Defendant Juan J. Roman, M.D. on the claim of Jennifer Stogsdill.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that judgment is awarded to Defendant Juan J. Roman, M.D. on the claim of Jennifer Stogsdill.

IT IS SO ORDERED THIS 1st day of October, 2010.

                                                            *James M. Moody*
                                                     UNITED STATES DISTRICT JUDGE